STATE OF NEW JERSEY v. ALONZO BROWN.

July 8, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. HENRY E. BUCICH.

July 8, 1975. Petition for certification denied. (See 134 *N. J. Super.* 111)

IN RE: ESTATE OF JERRY M. MARKS.

July 8, 1975. Petition for certification denied. (See 134 *N. J. Super.* 510.).

STATE OF NEW JERSEY v. MONTGOMERY WILLIAMS.

July 8, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT JACKSON.

July 8, 1975. Petition for certification denied.

ELEANOR HANKIN v. J. & F. WAREHOUSE CORP.

July 8, 1975. Petition for certification denied.